AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CAMILO JASMANI TORIBIO<br><br>*Defendant.* | ) ) ) Case No. 19-6419-SNOW ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **7/28/2019-8/30/2019**  in the county of  **Broward**  in the  **Southern**  District of  **Florida** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2422(b) | using any facility and means of interstate commerce, that is, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

See attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Drew R. Steinmetz, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/30/19

_____
*Judge's signature*

City and state:   Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Drew R. Steinmetz, Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so since 2016. I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including the production, possession, and distribution of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography.

2. The information set forth in this affidavit is provided in support of the attached criminal complaint, charging Camilo Jasmani Toribio (hereinafter referred to as "Toribio") with attempted coercion and enticement of a minor to commit a sexual crime, in violation of Title 18, United States Code, Section 2422(b), and thus is intended only to establish probable cause to believe that those offenses were committed. As such, it does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

3. On or about July 28 2019, a juvenile minor victim (herein referred to as MV) received a message through a texting application from Toribio stating "My name is Camilo and

I'm from Miami btw". Toribio later stated "I live in Hialeah" and "How old are you?". MV replied that she was 14 years old. Toribio said that he was cool with that and he was 34 years old.

4. MV and Toribio discussed meeting in person and Toribio asked MV if she lived with her parents. MV told Toribio that she did live her parents and he asked if she would be able to sneak out to meet him when they went to work. Later Toribio asked MV "You like older guys?" and MV replied "Yes actually". Toribio later replied "Yea well us older guys know way more than a teen kid would".

5. Toribio and MV discussed engaging in sexually explicit conduct. Toribio was very graphic in telling her what he wanted to do to her sexually. In very graphic language he told her he wanted to engage in both anal and oral sex with her.

6. Toribio stated "There's several motels in my area too we can spend time there".

7. Toribio later provided MV with his telephone number of "305-206-5291". Open source searches yielded the subscriber name of Camilo Toribio.

8. Toribio and MV continued to engage in sexually explicit communication. On August 1, 2019 Toribio sent three images of his penis to MV. MV then sent an image of her exposed breasts to Toribio. Toribio replied "Mmmm", "Big and Yummy". Toribio went on to describe the sexual acts he wanted to engage in with her breasts.

9. Toribio and MV continued to discuss engaging in sexually explicit conduct and meeting in person on August 7, 2019. MV did not show up for the August 7th meeting and discontinued communication with Toribio on or about August 8, 2019.

10. On August 10, 2019 the Hollywood Police Department was contacted concerning MV's communication with potential adults. The communications involved sexually explicit conduct between the parties. MV's telephone was provided to the Hollywood Police Department.

11. On August 26, 2019, a law enforcement officer acting in an undercover capacity (the "UC") took possession of MV's telephone. The UC initiated contact with Toribio through the texting application. The UC stated "Sorry, my phone was broken". Toribio replied "Oh heyy", "Wow", "Ok thank goodness you're ok" and "I got worried".

12. Toribio asked the UC why she didn't meet him as previously planned. Toribio stated "I figured you got cold feet" and the UC stated "Just shy". Toribio stated "Yes but I thought we went over everything including the shy part". The UC stated "I know but I'm 14…not 34 like you" and Toribio replied "I still wanna be able to meet you".

13. The UC and Toribio discussed meeting in person. Toribio was again very graphic in telling her all the sexual acts he wanted to perform on her which included vaginal and oral sex.

14. On August 26, 2019, the UC provided Toribio with a law enforcement telephone number to communicate with. Toribio contacted the UC at the provided phone number. Toribio once again described the sexual activity he wanted to have with MV.

15. Toribio and the UC continued to discuss Toribio's travel to Hollywood to engage in sexually explicit conduct with the 14 year old juvenile female. Toribio sent an image of Wet Fun Flavors 4 in 1 Seductive Strawberry Lubricant to the UC and discussed using "Large sized magnum condoms". Toribio once again sent an image of his penis to the UC.

16. Toribio and the UC continued to discuss Toribio's travel to Hollywood to engage in sexually explicit conduct with the 14 year old juvenile female. The UC and Toribio discussed meeting at the designated location then going to the juvenile's residence to engage in sexually explicit conduct.

17. On August 30, 2019, Camilo Jasmani Toribio arrived at the designated location in Hollywood, Florida. Toribio admitted to traveling to engage in sexually explicit conduct with the juvenile. Toribio was arrested by law enforcement.

## CONCLUSION

18. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that Camilo Jasmani Toribio, did, using the mail or any facility or means of interstate or foreign commerce, knowingly attempt to persuade, induce, entice, and coerce any individual who has not attained the age of eighteen (18) years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

Drew R. Steinmetz, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this 30 day of August, 2019.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-6419-SNow

### BOND RECOMMENDATION

DEFENDANT: CAMILO JASMANI TORIBIO

Pre-Trial Detention recommended

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
SAUSA: M. Catherine Koontz

Last Known Address: _____

What Facility: _____

Agent(s): Drew Steinmetz, FBI
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)